UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REBEKKA CERVELLO, on behalf of
herself and those similarly situated,

    Plaintiff,

v.                                            Case No. 3:17-cv-1000-J-39JBT

WACKO'S TOO, INC., a Florida Profit
Corporation and MILTON HOWARD,
Individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Parties' Fifth Joint Status Report Concerning Arbitration (Doc. 23; Report) and the Stipulation of Dismissal with Prejudice (Doc. 24; Stipulation). In the Report, the parties advise that they entered into a settlement agreement (Doc. 23-1), which was submitted to and approved by the Arbitrator. See Rep. ¶¶ 1, 2; see also (Doc. 23-2; Joint Motion to Approve Settlement Agreement); (Doc. 23-3; Arbitration Order). In the Arbitration Order, the Arbitrator represents that he reviewed the settlement agreement for fairness and concluded that the terms of the agreement are fair and adequate. See Order at 1 (citing Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982)). The Arbitrator also concluded that the attorneys' fees and costs were negotiated independently and separate and apart from the settlement amount of the Claimant's underlying claims. See Order at 1–2 (citing Bonetti v. Embarq Mgmt. Co., 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009)).

In the Report and Stipulation, the parties request that the Court dismiss this case with prejudice. Rep. at 2; Stip. at 1. Upon review of the Report, Stipulation, Settlement Agreement, Joint Motion to Approve Settlement filed in arbitration, and Arbitration Order, the case is due to be dismissed with prejudice.

Accordingly, after due consideration, it is

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to **TERMINATE** all pending motions and **CLOSE** the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of February, 2020.

BRIAN J. DAVIS
United States District Judge

5
Copies furnished to:

Counsel of Record